1  McGREGOR W. SCOTT
United States Attorney
2  CAMERON L. DESMOND
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
United States of America
6

**FILED**

MAY 30 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK



**SEALED**

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  IN RE:                                    CASE NO. 2:18-SW-0464    CKD

12  THE MATTER OF THE SEARCH OF              [~~PROPOSED~~] ORDER COMMANDING
    information associated with the Snapchat  SNAPCHAT NOT TO NOTIFY ANY PERSON OF
13  Account "Sanchez79" that is stored at premises  THE EXISTENCE OF SEARCH WARRANT
    controlled by Snap, Inc.
14                                            **UNDER SEAL**

15

16         The United States has submitted an application pursuant to 18 U.S.C. § 2705(b) requesting that

17  the Court issue an Order commanding Snapchat, an electronic communication service provider and/or a

18  remote computing service, not to notify any person (including the subscribers and customers of the

19  accounts listed in the search warrant) of the existence of the attached search warrant for a period of 180

20  days.

21         The Court determines that there is reason to believe that notification of the existence of the

22  attached search warrant will seriously jeopardize the investigation, including by giving targets an

23  opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, and

24  endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

25         IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Snapchat shall not disclose the

26  existence of the attached search warrant or this Order of the Court, to the listed subscriber or to any

27  other person, for a period of 180 days, except that Snapchat may disclose the attached search warrant to

28  an attorney for Snapchat for the purpose of receiving legal advice.

[PROPOSED] ORDER                                    1

1    IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise

2  ordered by the Court.

3

4

5  Dated:    5/30/2018                    _____
                                          Hon. CAROLYN K. DELANEY
6                                         U.S. MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER                           2